**United States District Court**
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIE GOMIS,<br>    Plaintiff,<br>vs.<br>CRAIG MEYERS, et al.,<br>    Defendant(s). | No. C 06-03632 JW (PR)<br><br>ORDER OF DISMISSAL |

On June 8, 2007, plaintiff, a state detainee proceeding pro se, filed a single page document listing "Emergency Criminal Complaint(s)." No other forms were filed with this single page document. Because plaintiff failed to state a cognizable claim under § 1983, plaintiff's complaint was dismissed with leave to amend within thirty days from May 7, 2007, the date of the order of dismissal. Plaintiff was granted leave to proceed in forma pauperis under 28 U.S.C. § 1915 in the same order.

Plaintiff was advised that "FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF

THIS ACTION WITHOUT FURTHER NOTICE TO PLAINTIFF."

The deadline has since passed, and plaintiff has failed to file an amended complaint or request an extension of time to do so. Accordingly, this case is DISMISSED with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The clerk shall terminate any pending motions.

DATED: August 2, 2007

JAMES WARE
United States District Judge

Order of Dismissal
N:\Pro - Se\8.17.2007\06-03632 Gomis03632_dismissal.wpd    2